No. 11–5479.  JILES v. DAVIS, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–5480.  TAYLOR v. WARREN, WARDEN.  C. A. 6th Cir.  Certiorari denied.

No. 11–5481.  CHA, AKA SAC v. UNITED STATES.  C. A. 11th Cir.  Certiorari denied.

No. 11–5483.  EVANS v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5484.  OWEN v. UNITED STATES.  C. A. 5th Cir.  Certiorari denied.

No. 11–5486.  MCKINLEY v. THALER, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, CORRECTIONAL INSTITUTIONS DIVISION.  C. A. 5th Cir.  Certiorari denied.

No. 11–5487.  OCASIO v. NEW YORK.  App. Div., Sup. Ct. N. Y., 4th Jud. Dept.  Certiorari denied.

No. 11–5489.  JEAN-MARIE v. TUCKER, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS.  C. A. 11th Cir.  Certiorari denied.

No. 11–5490.  LINDEN v. DISTRICT COUNCIL 1707–AFSCME ET AL.  C. A. 2d Cir.  Certiorari denied.

No. 11–5491.  MANZO-APARICIO v. UNITED STATES.  C. A. 4th Cir.  Certiorari denied.

No. 11–5492.  CHRISTMAN ET UX. v. WALSH, JUDGE, CIRCUIT COURT OF FLORIDA, ST. LUCIE COUNTY, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 11–5493.  MCCLUER v. TEXAS.  Ct. App. Tex., 14th Dist.  Certiorari denied.

No. 11–5494.  POTTER v. UNITED STATES.  C. A. 9th Cir.  Certiorari denied.

No. 11–5495.  RAMIREZ-PEREZ v. UNITED STATES.  C. A. 6th Cir.  Certiorari denied.